FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY MYLES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　Defendant. | No. 4:24-CV-05127-SAB<br><br>**ORDER DENYING STIPULATED PROTECTIVE ORDER** |

Before the Court is the parties' Joint Motion for Entry of Agreed General Protective Order, ECF No. 18. Plaintiff is represented by Karen K. Orehoski, Kathryn E. Averwater, Nicholas Thompson, and Joseph A. Grube. Defendant is represented by Britenae M. Pierce and Haley Marie Westman. The motion was heard without oral argument.

The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain an application for a

**ORDER DENYING STIPULATED PROTECTIVE ORDER** #1

narrowly tailored protective order.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Motion for Entry of Agreed General Protective Order, ECF No. 18, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 16th day of April 2025.



                Stanley A. Bastian
          Chief United States District Judge

**ORDER DENYING STIPULATED PROTECTIVE ORDER** #2