FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY MYLES,<br><br>    Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br><br>    Defendant. | No. 4:24-CV-05127-SAB<br><br>**AMENDED JURY TRIAL SCHEDULING ORDER**<br><br>**JURY TRIAL SCHEDULED FOR MARCH 16, 2026** |

Before the Court is the parties' Joint Motion to Continue Trial and Pretrial Deadlines, ECF No. 21. Plaintiff is represented by Karen K. Orehoski, Kathryn E. Averwater, Nicholas Thompson, and Joseph A. Grube. Defendant is represented by Britenae M. Pierce and Haley Marie Westman.

The Court has reviewed the Motion and orders the following schedule for jury trial in this matter.

Accordingly, **IT IS ORDERED:**

**1.** The parties' Joint Motion to Continue Trial and Pretrial Deadlines, ECF No. 21, is **GRANTED**.

**2.** The Court's Jury Trial Scheduling Order, ECF No. 16, is amended as follows:

//

**AMENDED JURY TRIAL SCHEDULING ORDER #1**

## TRIAL DATES

5. **Jury Trial.** The jury trial set for December 15, 2025, is continued to **March 16, 2026**, at **9:00 a.m. in Richland, Washington.** Counsel estimates a trial length of 6 days.

6. **Pretrial Conference.** The pretrial conference set for December 3, 2025, is continued to **February 25, 2026, at 11:00 a.m.** in **Yakima**, Washington.

## DISCOVERY DEADLINES

7. **Discovery.**

A. *Discovery Deadline*. All discovery shall be completed on or before **October 27, 2025**.

## MOTION DEADLINES

8. ***Daubert* Motion Deadline.** Challenges to the admissibility of expert opinion testimony shall be made by written motion and filed by **August 29, 2025**. If the party challenging expert testimony anticipates that an evidentiary hearing shall be required, the party shall so advise the Court and opposing counsel in conjunction with the filing of its motions.

9. **Dispositive Motions.** All dispositive motions shall be filed and served on or before **October 28, 2025**.

10. **Motions *in Limine*.**

A. *Motions* in Limine: shall be filed and served on or before **January 26, 2026**.

B. *Responses*: shall be filed and served on or before **February 2, 2026**.

C. *Replies*: shall be filed and served on or before **February 9, 2026**.

## TRIAL PREPARATION DEADLINES

11. **Exhibit and Witness Lists.**

A. *Exhibit Lists and Witness Lists*: shall be filed and served and exhibits made available for inspection (or copies provided), on or before **February 2, 2026.**

B. *Objections*: Objections to the opposing party's witness list or exhibit list

**AMENDED JURY TRIAL SCHEDULING ORDER #2**

and any accompanying briefs shall be filed and served on or before **February 9, 2026**.

C. *Responses*: Responses, if any, to objections shall be filed and served on or before **February 16, 2026**.

**12.    Pretrial Exhibit Stipulation.**

A. *Deadline*: The pretrial exhibit stipulation shall be filed on **February 16, 2026.**

**13.    Designation of Testimony.**

The parties shall notify the Court on or before **January 26, 2026,** whether deposition testimony will be used at trial. The Court will then schedule a hearing to review all designated testimony and objections so that a final edited version of the deposition testimony can be prepared for trial.

**14.    Pretrial Order.**

A. *Deadline*: A joint Pretrial Order, prepared in accordance with the format provided in Local Rule 16.1(e), shall be filed on or before **February 16, 2026,** and a copy e-mailed in Word format to the Court at <u>BastianOrders@waed.uscourts.gov</u>.

**15.    Trial Briefs and Proposed Voir Dire.**  Trial briefs and voir dire shall be filed by **February 12, 2026.**

**16.    Jury Instructions.** No later than **February 12, 2026**, the parties shall file jointly proposed jury instructions.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 24th day of June 2025.



Stan Bastian
Chief United States District Judge

AMENDED JURY TRIAL SCHEDULING ORDER  #3